

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Lawrence Dale Opdycke,       \* From the 42nd District Court
of Callahan County,
Trial Court No. 22670.

Vs. No. 11-24-00249-CV       \* October 31, 2024

Christie Cherie Opdycke,       \* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Lawrence Dale Opdycke.